UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

INTERNATIONAL PAINTERS
AND ALLIED TRADES INDUSTRY
PENSION FUND; GARY J. MEYERS,

    Plaintiffs,

v.                                    CASE NO: 8:07-cv-1138-T-23TBM

ANA ARAGONES,

    Defendant.

_____/

**ORDER**

Pursuant to 28 U.S.C. § 636 and Local Rule 6.01(b), a December 21, 2007, order (Doc. 13) refers the plaintiffs' motion (Doc. 11) for a default judgment to United States Magistrate Judge Thomas B. McCoun III for a report and recommendation. No party objects to the April 11, 2008, report and recommendation (Doc. 20) and the time for filing objections has expired.

Accordingly, after careful consideration, the Magistrate Judge's report and recommendation (Doc. 20) is **ADOPTED**, and the plaintiffs' motion (Doc. 11) for a default judgment is **GRANTED**. In defaulting, the defendant admits that she and her husband executed an agreement electing to receive only sixty payments from the plan and that she nonetheless knowingly received and retained one hundred thirty additional benefit payments, all of which were plan assets. With explicit knowledge of the plan's right to the assets, the defendant held the assets of the plan and disposed of the assets (if she did) at her own risk. Of course, not every beneficiary becomes a fiduciary of the

plan after receiving and retaining an overpayment or other plan asset to which the beneficiary is not entitled.

The Clerk is directed to (1) enter judgment in favor of the plaintiffs, International Painters and Allied Trades Industry Pension Fund and Gary J. Meyers, and against the defendant, Ana Aragones, in the amount of $141,387.34, (2) terminate any pending motion, and (3) close the case.

ORDERED in Tampa, Florida, on June 12, 2008.

STEVEN D. MERRYDAY
UNITED STATES DISTRICT JUDGE